UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-------------------------------------------------------------------x
WISLANDE CLAUDE, on behalf of herself and all others
similarly situated,                                                     Civil Action No:
                                                                        2:25-cv-7957
                        Plaintiff,


-v.-

DOGS & CATS RULE, INC.,



                        Defendants.
-------------------------------------------------------------------x
```

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 28, 2025                           Respectfully Submitted,

                                                                     /s/Rami Salim
                                                                     Rami Salim, Esq.
SO ORDERED                                              **Stein Saks, PLLC**
           s/Evelyn Padin                        One University Plaza, Suite 620
Evelyn Padin, U.S.D.J.                        Hackensack, NJ 07601
                                                                     rsalim@steinsakslegal.com
Date: 10/1/2025                                         Tel. 201-282-6500
                                                                     Fax 201-282-6501
                                                                     *Attorneys for Plaintiff*